**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 15-cv-01532-RM-MEH

TAMMY MERRILL,

    Plaintiff,

vs.

STANDARD INSURANCE COMPANY and
UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendants.

_____

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF
DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA**
_____

This matter is before the Court, on Plaintiff Tammy Merrill's and Defendant Unum Life Insurance Company of America's ("Unum") Motion for Entry of Order Granting Stipulation for Dismissal With Prejudice of Defendant Unum (ECF No. 23). Being fully advised in the premises, the Court hereby GRANTS the parties' Stipulation for Dismissal.

Accordingly, IT IS ORDERED that Plaintiff Tammy Merrill's claims against Unum, including all claims that Plaintiff asserted or could have asserted against Unum, are DISMISSED WITH PREJUDICE. Plaintiff and Unum will each bear her or its own costs and attorneys' fees in connection with the litigation of Plaintiff's claims against Unum. It is:

IT IS FURTHER ORDERED that Defendant Unum is dismissed as a party to this action, with prejudice, and the case caption shall be amended to remove Unum as a named Defendant.

DATED this 19th day of October, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge