IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01532-RM-MEH

TAMMY L. MERRILL,

     Plaintiff,

v.

STANDARD INSURANCE COMPANY,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 30, 2015**.

     Plaintiff's (Second)[1] Motion to Amend Complaint [filed October 29, 2015; docket #25] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 15.1.[2]

---

[1] Although the Plaintiff characterizes this motion as "second," a review of the docket reveals this is the first motion seeking leave to amend that has been filed in this case.

[2] The Court also notes that the federal and local rules do not include a "Rule 121."