IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01532-RM-MEH

TAMMY L. MERRILL,

    Plaintiff,

v.

STANDARD INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 13, 2015**.

    In the interests of justice, Plaintiff's (Renewed) Motion to Amend Complaint [filed November 12, 2015; docket #28] is **granted**. The Plaintiff shall file a clean copy of the Amended Complaint **on or before November 16, 2015**. Plaintiff shall serve the Amended Complaint on the newly named Defendant in accordance with Fed. R. Civ. P. 4. The existing Defendant shall file an answer or other response to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).