# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore'

Civil Action No. 15-cv-01532-RM-MEH

TAMMY L. MERRILL

    Plaintiff,

vs.

STANDARD INSURANCE COMPANY
and CHERRY CREEK SCHOOL DISTRICT

    Defendant.

___

## ORDER
___

The Court, having reviewed the parties' Stipulation for Dismissal with Prejudice of Defendant Standard Insurance Company (ECF No. 38), and being fully advised in the premise thereof,

HEREBY ORDERS that all claims against Defendant Standard Insurance Company are dismissed with prejudice, with each party to bear their own attorney fees and costs.

DATED this 8th day of February, 2016.

                BY THE COURT:

                _____
                RAYMOND P. MOORE
                United States District Judge